PROB 35
(Rev 7/97)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF TEXAS

FILED
JUN 16 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

UNITED STATES OF AMERICA

v.                                          Case No. 5:00-CR-069-01-C

Bobby D. Lockhart


On February 21, 2001 the above named was placed on supervised release for a period of 3 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Oscar O. Salinas
U.S. Probation Officer
972-864-8503, Ext. 226


ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___16th___ day of ___June___, 2005.

UNITED STATES DISTRICT JUDGE