

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| IN RE NOTICE OF SUBSTITUTION FOR CASES INVOLVING RETIRED ASSISTANT UNITED STATES ATTORNEY STEVE SUCSY | Misc No._____ |

## NOTICE OF SUBSTITUTION OF COUNSEL

I hereby enter my appearance as counsel for the government in substitution for Assistant United States Attorney (retired) Steve Sucsy in the below-captioned cases:

| | |
|---|---|
| 1:01-cr-00038-C-1 | Donald Earl Jones |
| 1:03-cr-00081-C-1 | Damion Allen Hall |
| 1:04-mj-00066-BI-1 | Michael Eugene Moore |
| 1:16-cv-00078-O | Martinez v. USA |
| 3:16-cr-00379-B-1 | Darren Lee Upfold |
| 4:17-cr-00201-O-BJ-12 | Russell Coronado Ramos |
| 4:17-cr-00266-C-1 | James Lee Alexander |
| 5:00-cr-00069-C-1 | Bobby D Lockhart |
| 5:00-cr-00073-C-BQ-1 | Johnny Bernard Vaughn |
| 5:00-mj-00077-BG-1 | Mark Andrew Trammel |
| 5:00-mj-00077-BG-2 | Tiffany Posey |
| 5:01-cr-00074-C-1 | Eddie Charles Webb |
| 5:02-cr-00084-C-1 | David Rios |

**Entry of Appearance - Page 1**

| | |
|---|---|
| 5:02-cr-00094-C-BQ-2 | Kendrick Jermaine Fulton |
| 5:03-mj-00091-BG-1 | Herlindo Guzman Oliva |
| 5:03-mj-00118-BG-2 | Epigemenia Mendoza |
| 5:04-cr-00033-C-BG-1 | Brian Keith McWilliams |
| 5:04-mj-00092-BG-1 | Robert V Baltazar |
| 5:05-cr-00017-C-1 | Jeremy Garces |
| 5:06-cr-00006-C-BQ-1 | Cole Michael Cosby |
| 5:06-cr-00022-C-BG-1 | Kenneth Dewayne Vester |
| 5:06-cr-00059-C-BG-1 | Michael R Bennett |
| 5:06-cr-00079-C-BG-1 | Tony Lee Johnson |
| 5:09-cr-00004-C-BQ-15 | John Guzman |
| 5:10-cr-00061-C-BQ-1 | Johnathan Shane Cole |
| 5:10-cr-00061-C-BQ-2 | Monica Michelle Brown |
| 5:11-cr-00040-C-BQ-1 | Chanze Lamount Pringler |
| 5:13-cr-00091-C-2 | Fernando Valenzuela-Ceballos |
| 5:13-cr-00095-C-3 | Ruben Deleon |
| 5:13-cr-00095-C-5 | Jimmy Cordova |
| 5:13-cr-00100-C-1 | Nicholas Lee Blair |
| 5:14-cr-00151-C-1 | Michael Wayne Brown |
| 5:15-cr-00031-C-1 | Jeffrey William McCall |
| 5:17-cr-00015-C-BQ-12 | Eric Michael Soto |

**Entry of Appearance - Page 2**

| | |
|---|---|
| 5:17-cr-00034-C-1 | Timothy Tyler Garcia |
| 5:17-cr-00066-C-1 | Daniel James Frazier |
| 5:17-cr-00081-C-1 | Shonna Lynn Calaway |
| 5:17-cr-00082-C-1 | Jeremy Banks |
| 5:17-cr-00083-C-1 | Kevin Ismael Lopez |
| 5:17-cr-00088-C-1 | Travis Daron Pitts |
| 5:17-cr-00096-C-BQ-1 | Eugene Joseph Martinez |
| 5:17-cr-00105-C-BQ-1 | ANTHONY EUDEAN WOOLLIS |
| 5:88-cr-00071-C-1 | Joe Mary Reyes |
| 5:92-cr-00055-C-1 | Ivory Gibson, Jr |
| 5:93-mj-00080-BA-1 | Jerry Farmer |
| 5:99-cr-00109-C-1 | Scott C Traylor |
| 5:99-cr-00126-C-1 | Ricardo Hernandez-Cantu |
| 6:03-cr-00009-C-1 | Michael Paul Owen |
| 6:03-cr-00018-C-1 | David Rivas-Ramos |
| 6:06-cr-00025-C-BG-3 | Rodney Allen Garcia |
| 6:08-cr-00049-C-BG-7 | Sammy Garcia |
| 6:08-cr-00049-C-BG-11 | Richard Martinez |
| 6:11-cr-00014-C-BL-2 | Juan Anthony Bautista |
| 6:13-cr-00029-C-BL-3 | Christopher Richard Rios |
| 6:14-cr-00005-C-BL-1 | David Trinity Fiveash |

**Entry of Appearance - Page 3**

| | |
|---|---|
| 6:17-cr-00048-C-1 | Paulito Govea-San Roman |
| 6:17-cr-00055-C-BL-1 | Fabian Duke Trejo |
| 6:95-cr-00021-C-1 | David Scott Mitchell |
| 7:17-cr-00015-O-7 | Aubrey Walker |

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

/s/ Jeffrey R. Haag

JEFFREY R. HAAG
Assistant United States Attorney
Deputy Criminal Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806.472.7351
Facsimile:  806.472.7394
E-mail:     jeffrey.haag@usdoj.gov

## CERTIFICATE OF SERVICE

On January 2, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Criminal Procedure 49.

_____
JEFFREY R. HAAG
Assistant United States Attorney

Entry of Appearance - Page 5